State *v.* Frost.

THE STATE *v.* J. E. FROST.

ATTORNEY-GENERAL. *Fees.* The Attorney-General is not entitled to a fee where a Constable's bond is reported insufficient, and who, upon citation, gave a good and sufficient bond, and citatation dismissed at the cost of the county.

FROM SHELBY.

Attorney-General LEA for the State.

T. W. BROWN for the District Attorney-General.

The Grand Jury of Shelby County reported the bond of J. E. Frost, a Constable of said county, as being insufficient. Citation was issued to strengthen and increase his bond or show cause why his office should not be declared vacant.

He appeared before the Court, gave a satisfactory bond and the proceedings were dismissed at the cost of the county.

The Attorney-General moved to tax a fee of two dollars and fifty cents in his favor. The motion was disallowed by L. B. Horrigan, J., presiding, and the Attorney-General appealed to this Court.

Opinion by the Court: The judgment of the Court below is affirmed.